United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTERMEC TECHNOLOGIES CORP.,

    Plaintiff,

  v.

PALM, INC.,

    Defendant.
                                    /

No. C 09-80097 WHA

**ORDER RE HEARING ON MOTION FOR PROTECTIVE ORDER**

    The Court is in receipt of the motion for protective order and to quash Rule 45 subpoena filed by Google, Inc. An in-person hearing on this motion will be held on **FRIDAY, MAY 15, 2009 AT 9 A.M.**

    **IT IS SO ORDERED.**

Dated: May 12, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE