```
 1  PAUL J. ANDRE, Bar No. 196585
    (pandre@kslaw.com)
 2  LISA KOBIALKA, Bar No. 191404
    (lkobialka@kslaw.com)
 3  KING & SPALDING LLP
    333 Twin Dolphin Drive, Suite 400
 4  Redwood Shores, CA 94065
    Telephone:   (650) 590-0700
 5  Facsimile:   (650) 590-1900

 6  SCOTT T. WEINGAERTNER (pro hac vice pending)
    (sweingaertner@kslaw.com)
 7  KING & SPALDING LLP
    1185 Avenue of the Americas
 8  New York, NY 10036-4003
    Telephone:  (212) 556-2100
 9  Facsimile:  (212) 556-2222

10  Attorneys for Nonparty
    GOOGLE INC.
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERMEC TECHNOLOGIES CORP., | CASE NO. CV 09 80097 MISC |
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| PALM, INC. | |
| Defendant. | Date:<br>Time:<br>Before:<br>Location: |

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

- 2 -

Scott T. Weingaertner, who is an active member in good standing of the bar of the District Court for the Southern District of New York and whose business address and telephone number is:

KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Google Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:   May 12, 2009

*[seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge William Alsup]*