# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>May 15,2009</u>

Case No.  <u>C09-80097 MISC and C09-80098 MISC</u>

Title:  <u>INTERMEC TECHNOLOGIES</u> v. <u>PALM, INC.</u>

Plaintiff Attorney(s): Jacob Koering and Richard Mooney

Defense Attorney(s): Scott Weingaertner

Deputy Clerk: <u>Frank Justiliano</u>          Court Reporter: <u>Christine Triska</u>

**PROCEEDINGS**

1)  <u>Google's Motion for Protective Order</u>

2)  <u>Plt's Motion to Compel</u>

**ORDERED AFTER HEARING:**

Matter taken under submission.   The Court will issue an order.