# EXHIBIT F

| | |
|---|---|
| **From:** | Hansen, Jeffrey M. |
| **To:** | Weingaertner, Scott |
| **Cc:** | Becker, David S. |
| **Subject:** | Intermec Subpoena to Google |
| **Date:** | Friday, May 08, 2009 8:36:44 AM |

Scott:

In the interests of continuing to attempt to resolve our differences regarding Intermec's subpoena to Google, I am proposing the following solution for your consideration --

We are willing to limit initial discovery to the Gmail and Google Maps applications and how those two applications operate on Palm products (including their interactions with cellular networks, the internet, Google servers, and the like). We would reserve our right to seek further information on further applications, if necessary, but would not seek further information on additional applications if the information provided regarding Gmail and Google Maps was sufficient.

Thanks,
Jeff


Jeffrey M. Hansen
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Phone: 312-360-6379
Fax:    312-360-6594

Confidentiality Notice: This email and its attachments (if any) contain confidential information of the sender which is legally privileged. The information is intended only for the use by the direct addressees of the original sender of this email. If you are not an intended recipient of the original sender (or responsible for delivering the message to such person), you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance of the contents of and attachments to this email is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this email. If you have received this email in error, please immediately notify the sender at jhansen@freebornpeters.com and permanently delete any copies of this email (digital or paper) in your possession. Although we have taken steps to ensure that this email and its attachments (if any) are free from any virus, the recipient should, in keeping with good computing practice, also check this email and any attachments for the presence of

viruses.  This message and any attachments hereto cannot be used for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code.

Freeborn & Peters LLP
http://www.freebornpeters.com