# EXHIBIT G

Dockets.Justia.com

| | |
|---|---|
| **From:** | Weingaertner, Scott |
| **To:** | "jhansen@freebornpeters.com" |
| **Subject:** | Our Call re Intermec Subpoena of Google |
| **Date:** | Thursday, May 07, 2009 1:27:44 PM |

Jeff

Thank you for your time today.  I write to confirm our discussion intended to resolve our issues, as well as our understanding that we are in an informal mutual standstill on motion practice until we've been in contact again on our issues of scope.

Also, thank you for letting us know that, if we go to motion practice, that Intermec will limit Intermec's motion to compel to the Northern District of California.

We await your response on the issue of whether Intermec would limit its discovery to a single application.  In addition, we would be receptive to limiting discovery scope to the issue of downloads to Palm Devices.

Please let me know at your convenience where we stand and when we can complete our discussion.

Thank you,
Scott

_____

Scott T. Weingaertner
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel. 1-212-556-2227
Fax 1-212-556-2222

Sent from a wireless handheld device
_____