# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC TECHNOLOGIES CORP., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PALM, INC., a Delaware corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-272-SLR-LPS<br>)<br>)<br>)<br>)<br>) |

## AMENDED SCHEDULING ORDER

IT IS HEREBY ORDERED that the Scheduling Order in this action (D.I. 18) is amended as follows:

1. All fact discovery shall be commenced in time to be completed by **March 16, 2009**.

2. Expert reports on issues for which the parties have the burden of proof are due **March 31, 2009**. Rebuttal expert reports are due **April 30, 2009**.

3. Expert discovery shall be commenced in time to be completed by **May 29, 2009**.

4. The parties shall supplement their lists of the claim terms that they believe need construction and their proposed claim construction of those terms by **March 23, 2009**.

5. The parties shall address all evidentiary issues concerning expert witnesses in accordance with paragraph 8 of the Court's Scheduling Order (D.I. 18).

6. All summary judgment motions shall be served and filed with an opening brief on or before **June 29, 2009**, answering briefs on or before **July 20, 2009**, and reply briefs

on or before **August 3, 2009**. No summary judgment motion may be filed more than ten (10) days before the above date without leave of the court.

7. **Claim Construction.** The parties shall agree upon and file the Joint Claim Construction Statement on **May 29, 2009**, with the claim chart separately docketed. The parties shall file simultaneous opening claim construction briefs on **June 29, 2009**. Simultaneous answering claim construction briefs shall be filed on **August 3, 2009**. Issues of claim construction shall be considered by the court in conjunction with the summary judgment motion(s). The hearing on claim construction and motion(s) for summary judgment will be heard on October 2, 2009, at 9:30. a.m. before Judge Robinson. (GPA)

8. **Pretrial Conference and Trial.** The Court will set dates for the final pretrial conference and trial after resolving the claim construction and motions for summary judgment.

9. All other provisions of the Court's Scheduling Order (D.I. 18) remain in full force and effect.

IT IS SO ORDERED this 10th day of ~~October~~ November 2008.

_____
U.S.M.J.

2580628