Richard J. Mooney, Esq. (SBN: 176486)
    rmooney@linerlaw.com
Liner Grode Stein Yankelevitz
Sunshine Regenstreif & Taylor LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: (415) 489-7700

Jacob D. Koering, Esq. (admitted *pro hac vice*)
    jkoering@freebornpeters.com
Freeborn & Peters LLP
311 South Wacker Drive #3000
Chicago, IL 60606
Telephone: (312) 360-6000

Attorneys for Intermec Technologies Corp.

# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Miscellaneous Action to Enforce Compliance with Subpoena** | Case No. C 09-80098 MISC WHA<br>Case No. 3:09-mc-80097-WHA |
| Underlying case: | Underlying Case No.:<br>C.A. No. 07-272-SLR<br>(Pending in the District of Delaware) |
| Intermec Technologies Corp., a Delaware corporation, | |
| Plaintiff, | **Intermec's Submission Concerning the Court's June 2, 2009 Order** |
| v. | Date: No hearing set<br>Time: No hearing set |
| Palm, Inc., a Delaware Corporation, | Crtrm: No hearing set |
| Defendant. | |

1

2    Intermec Technologies Corporation ("Intermec") submits the following concerning

3 the Court's June 2, 2009 Order:

4    Without waiving any of its rights of appeal in the No. C 09-80097 MISC WHA or

5 No. C 09-80098 MISC WHA proceedings, including, but not limited to, the award of any amount

6 at all to Google, Inc., Intermec acquiesces in the $30,000 amount written in the Court's June's 2,

7 2009 Order.

8

9 Dated:  June 9, 2009                          LINER YANKELEVITZ
                                                SUNSHINE & REGENSTREIF LLP
10

11
                                         By:    /s/ Richard Mooney
12                                              Richard Mooney. Esq.
                                                    rmooney@linerlaw.com
13                                              199 Fremont Street, 20th Floor
                                                San Francisco, CA 94105-2255
14                                              Telephone:  (415) 489-7700

15                                              Jacob D. Koering, Esq. (admitted *pro hac vice*)
                                                    jkoering@freebornpeters.com
16                                              Freeborn & Peters LLP
                                                311 South Wacker Drive #3000
17                                              Chicago, IL 60606
                                                Telephone:  (312) 360-6000
18
                                                Attorneys for Intermec Technologies Corp.
19

20

21

22

23

24

25

26

27

28

1

*Intermec Technologies Corp. v. Palm, Inc.*, Case No. C 09-80098 MISC WHA (Underlying Case No. 07-272-SLR (D. Del.))
Intermec's Submission Concerning the Court's June 2, 2009 Order