1  Richard J. Mooney, Esq. (SBN: 176486)
     rmooney@linerlaw.com
2  Liner Grode Stein Yankelevitz
   Sunshine Regenstreif & Taylor LLP
3  199 Fremont Street, 20th Floor
   San Francisco, CA 94105-2255
4  Telephone: (415) 489-7700

5  Jacob D. Koering, Esq. (admitted *pro hac vice*)
     jkoering@freebornpeters.com
6  Freeborn & Peters LLP
   311 South Wacker Drive #3000
7  Chicago, IL 60606
   Telephone: (312) 360-6000

8
   Attorneys for Intermec Technologies Corp.
9

10          UNITED STATES DISTRICT COURT FOR

11          THE NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| **In re Miscellaneous Action to Enforce Compliance with Subpoena** | Case No. C 09-80097-MISC WHA<br>Case No. C 09-80098 MISC WHA |
| Underlying case: | Underlying Case No.:<br>C.A. No. 07-272-SLR |
| Intermec Technologies Corp., a Delaware corporation, | (Pending in the District of Delaware) |
| Plaintiff, | **Intermec's Notice of Appeal to the United States Court of Appeal for the Ninth Circuit** |
| v. | |
| Palm, Inc., a Delaware Corporation, | |
| Defendant. | |

1  Intermec Technologies Corporation ("Intermec") appeals to the United States Court
2  of Appeals for the Ninth Circuit from the following Orders:

3      1.    Order Quashing Subpoena Duces Tecum in its Entirety and Granting
4  Protective Order (May 15, 2009);

5      2.    Award of Attorney's Fees (June 2, 2009); and

6      3.    Order re Payment of Attorney's Fees (June 10, 2009)

Dated: June 15, 2009

LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP

By: *[signature]* /BTN

Richard Mooney. Esq.
rmooney@linerlaw.com
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: (415) 489-7700

Jacob D. Koering, Esq. (admitted *pro hac vice*)
jkoering@freebornpeters.com
Freeborn & Peters LLP
311 South Wacker Drive #3000
Chicago, IL 60606
Telephone: (312) 360-6000

Attorneys for Intermec Technologies Corp.

1

*Intermec Technologies Corp. v. Palm, Inc.*, Case No. C 09-80098 MISC WHA (Underlying Case No. 07-272-SLR (D. Del.))
Intermec's Notice of Appeal

0015512

Richard J. Mooney, Esq. (SBN: 176486)
    rmooney@linerlaw.com
Liner Grode Stein Yankelevitz
Sunshine Regenstreif & Taylor LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: (415) 489-7700

Jacob D. Koering, Esq. (admitted *pro hac vice*)
    jkoering@freebornpeters.com
Freeborn & Peters LLP
311 South Wacker Drive #3000
Chicago, IL 60606
Telephone: (312) 360-6000

Attorneys for Intermec Technologies Corp.

# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Miscellaneous Action to Enforce Compliance with Subpoena** | Case No. C 09-80097 MISC WHA<br>Case No. C 09-80098-MISC WHA |
| Underlying case: | Underlying Case No.:<br>C.A. No. 07-272-SLR |
| Intermec Technologies Corp., a Delaware corporation, | (Pending in the District of Delaware) |
| Plaintiff, | **Intermec's Representation Statement** |
| v. | |
| Palm, Inc., a Delaware Corporation, | |
| Defendant. | |

      The undersigned represents Intermec Technologies Corporation ("Intermec"), the appellant in this matter, and no other party. Attached is a service list that shows all of the parties to the action below, and identities of their counsel by name, firm, address, and telephone number, where appropriate. (F.R.A.P. 12(b); Circuit Rule 3-2(b)).

| | | |
|---|---|---|
| 1 | Dated: June 15, 2009 | LINER GRODE STEIN YANKELEVITZ<br>SUNSHINE REGENSTREIF & TAYLOR LLP |
| 2 | | |
| 3 | | By: *Richard J. Mooney /BTM* |
| 4 | | Richard Mooney. Esq.<br>rmooney@linerlaw.com |
| 5 | | 199 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2255 |
| 6 | | Telephone: (415) 489-7700 |
| 7 | | Jacob D. Koering, Esq. (admitted *pro hac vice*)<br>jkoering@freebornpeters.com |
| 8 | | Freeborn & Peters LLP<br>311 South Wacker Drive #3000 |
| 9 | | Chicago, IL 60606<br>Telephone: (312) 360-6000 |
| 10 | | Attorneys for Intermec Technologies Corp. |

3

*Intermec Technologies Corp. v. Palm, Inc.*, Case No. C 09-80098 MISC WHA (Underlying Case No. 07-272-SLR (D. Del.))
Intermec's Notice of Appeal

0015512

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 199 Fremont Street, 20th Floor, San Francisco, CA 94105-2255. On June 15, 2009, I served the within document(s) described as:

> **INTERMEC'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT**

on the interested parties in this action as stated below:

| | |
|---|---|
| Lisa Kobialka , Esq. | Scott T. Weingaertner, Esq. |
| Paul J. Andre, Esq. | KING & SPALDING LLP |
| King & Spalding LLP | 1185 Avenue of the Americas |
| 333 Twin Dolphin Drive | New York, NY 10036-4003 |
| Suite 400 | Tel.: (212) 556-2100 |
| Redwood Shores, CA 94065 | *Attorney for Miscellaneous: Google Inc.* |
| Tel: (650) 590-0700 | |
| *Attorney for Miscellaneous: Google Inc.* | |

[X]  (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 15, 2009, at San Francisco, California.

_____Mayra Padilla_____          _____(Signature)_____
(Type or print name)

4

0015512/001/ 43880v01